| | |
|---|---|
| H. Ty Kharazi, Esq. SBN 187894<br>Nicholas E. Aniotzbehere, Esq. SBN 263465<br>**YARRA LAW GROUP**<br>2000 Fresno Street, Suite 300<br>Fresno, CA 93721<br>Telephone: (559) 441-1214<br>Facsimile: (559) 441-1215<br><br>Attorneys for Defendant,<br>YOUSEF NAZEM ALNAJAR | |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUSEF NAZEM ALNAJAR<br><br>    Defendant. | Case No. 1:18CR-00135-DAD-BAM<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANT, YOUSEF NAZEM ALNAJAR'S MOTION TO SUPPRESS; AND ORDER THEREON**<br><br>Date:   February 19, 2019<br>Time:  10:00 a.m.<br>Courtroom: 5<br>Judge:  D. Drozd |

    IT IS HEREBY STIPULATED AND AGREED to between the United States of America through GRANT B. RABENN, Assistant U.S. Attorney and defendant YOUSEF NAZEM ALNAJAR by and through his counsel, H. TY KHARAZI, YARRA LAW GROUP, that the hearing on Defendant's Motion to Suppress set for February 19, 2019 at 10:00 a.m. in Courtroom 5 be continued to May 13, 2019 at 10:00 a.m. in Courtroom 5.

    The continuance is requested by the parties to allow for further settlement discussions between this Defendant and the Government attorneys. This continuance request is without prejudice to either party's rights to file a reply or further supplemental briefings if the settlement in this matter is not reached.

1

| | | |
|---|---|---|
| Dated: January 29, 2019 | | Respectfully submitted, |
| | | **YARRA LAW GROUP** |
| | | /s/ H. Ty Kharazi |
| | | H. Ty Kharazi, Attorney for Defendant, Yousef Nazem Alnajar |
| Dated: January 29, 2019 | | **UNITED STATES ATTORNEY** |
| | | /s/ Grant B. Rabenn |
| | | Grant B. Rabenn, Assistant U.S Attorney for Plaintiff, United States of America |

## **ORDER**

For the reasons stated in the parties' stipulation, the Defendant's Motion to Suppress set for February 19, 2019 at 10:00 a.m. in Courtroom 5 is continued to May 13, 2019 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: __**January 29, 2019**__   _____
UNITED STATES DISTRICT JUDGE