| | |
|---|---|
| H. Ty Kharazi, Esq. SBN 187894<br>Nicholas E. Aniotzbehere, Esq. SBN 263465<br>**YARRA LAW GROUP**<br>2000 Fresno Street, Suite 300<br>Fresno, CA 93721<br>Telephone: (559) 441-1214<br>Facsimile: (559) 441-1215<br><br>Attorneys for Defendant,<br>YOUSEF NAZEM ALNAJAR | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YOUSEF NAZEM ALNAJAR<br><br>Defendant. | Case No. 1:18-cr-00135-DAD-BAM<br><br>**DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, YOUSEF NAZEM ALNAJAR, hereby waives his appearance in person in open court upon the Status Conference set for Monday August 12, 2019 in Courtroom 8 of the above entitled Court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, H. TY KHARAZI. Defendant further agrees to be present in person in Court at all future hearing dates set by the Court including the dates for jury trial.

Dated: August 5, 2019.  /s/ Yousef Nazem Alnajar
　　　　　　　　　　　　　　YOUSEF NAZEM ALNAJAR

**YARRA LAW GROUP**

Dated: August 5, 2019.  /s/ H. Ty Kharazi
　　　　　　　　　　　　　　H. TYK KHARAZI, Attorney for Defendant,
　　　　　　　　　　　　　　　YOUSEF NAZEM ALNAJAR

1

**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE**
**CASE NO. 1:18CR-00135DAD-BAM**

# **ORDER**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant, YOUSEF NAZEM ALNAJAR is hereby excused from appearing at this Court hearing scheduled for August 12, 2019.

IT IS SO ORDERED.

Dated: **August 5, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE