H. Ty Kharazi, Esq. SBN 187894
**YARRA LAW GROUP**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Defendant,
YOUSEF NAZEM ALNAJAR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YOUSEF NAZEM ALNAJAR<br><br>Defendant. | Case No. 1:18CR-00135-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: May 18, 2020<br>Time: 10:00 a.m.<br>Courtroom: 5<br>Judge: D. Drozd |

IT IS HEREBY STIPULATED AND AGREED between the United States of America through GRANT B. RABENN, Assistant U.S. Attorney and defendant YOUSEF NAZEM ALNAJAR by and through his counsel, H. TY KHARAZI, of YARRA LAW GROUP, that the haring on Defendant's Sentencing hearing set for May 18, 2020 at 10:00 a.m. in Courtroom 5 be continued to June 8, 2020 at 10:00 a.m. in Courtroom 5.

The continuance is requested by the Defendant to due to Ramadan observance by him and in response to the Coronavirus (COVID-19) outbreak that may impact the court's docket.

Defendant has been interviewed by the Federal Probation Office and a report is pending. Defendant will be filing a pre-sentencing memorandum of his own.

1

The parties stipulate and agree that the interests of justice may be served by granting this continuance and such continuance is in the interests of public health and safety.

Defendant waives time for his sentencing and agrees such continuance will not implicate any timelines imposed by the US Constitution or other rules under the Speeding Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED:**

Dated: March 17, 2020.                    Respectfully submitted,

**YARRA LAW GROUP**

/s/ H. Ty Kharazi
H. Ty Kharazi, Attorney for Defendant,
Yousef Nazem Alnajar

Dated: March 17, 2020.                    **UNITED STATES ATTORNEY**

/s/ Grant B. Rabenn
Grant B. Rabenn, Assistant U.S Attorney for Plaintiff,
United States of America

## **ORDER**

IT IS HEREBY ORDERED that Defendant Yousef Nazem Alnajar's Sentencing hearing set for May18, 2020 at 10:00 a.m. in Courtroom 5 is continued to June 8, 2020 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:   **March 17, 2020**

_____
UNITED STATES DISTRICT JUDGE