PROB 35  (CAE)
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.   ) <br> ) <br> Yousef Nazem Alnajar ) <br> ) | Docket No: 0972 1:18CR00135-002 |

On June 9, 2020, the above-named was sentenced to Supervised Release for a period of three years. Supervision commenced on May 28, 2021.

Mr. Yousef Nazem Alnajar has complied with all conditions and special conditions of Supervised Release and has not been involved in any further criminal activities. Since his release, Mr. Alnajar has maintained steady employment with Frosty Queen Express. He has paid his monetary obligations in full and has no known violation conduct to date. Mr. Alnajar has complied with all conditions and special conditions of Supervised Release and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Alnajar has derived maximum benefits from supervision and is not in need of continued supervision.

**Re:** Yousef Nazem Alnajar
Docket Number: 0972 1:18CR00135-002
<u>Report and Order Terminating Supervised Release</u>
<u>Prior to Original Expiration Date</u>

It is accordingly recommended that the supervised releasee be discharged from supervision. The United States Attorney's Office does not oppose to this recommendation.

| Respectfully submitted, | Reviewed by, |
|---|---|
| *Marissa Frazure* | *[signature]* |
| **Marissa Frazure** | **Ronnie Preap** |
| United States Probation Officer Assistant | Supervising United States Probation Officer |

**Dated:** February 28, 2023
Bakersfield, California
MF

## ORDER OF COURT

Pursuant to the above report, it is ordered that Yousef Nazem Alnajar be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated: March 1, 2023

_____
UNITED STATES DISTRICT JUDGE